# EXHIBIT A

## Authorization

بسم الله الرحمن الرحيم
رب ياسر يا رحمن يا رحيم

Date: _____

My name is _Salehe mohammed AL.Bahooth_, I am acting as next friend for my _Son_, whose name is _Zaael S. ALBahooth_ a citizen of _SAUDI_, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _[signature]_

Print Name: _Salehe mohammed AL.Bahooth_

Witnessed by: _[signature] Nizar_

Print Name: _Nizar Mohid Ali_

EXHIBIT A