IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEIAD SALEH AL BAHOOTH, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1666 (ESH) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2005, copies of the foregoing were transmitted via Federal Express and e-mail to counsel for petitioner:

> Jeffrey D. Colman
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603
> Tel (312) 923-2940
> JColman@jenner.com

   /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7226
Washington, DC  20530
Tel.:  (202) 514-3338
Fax:  (202) 616-8202

One of the Attorneys for Respondents