IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH, ) ) ) ) | |
| **Petitioners,** ) ) | |
| v.  ) ) | No. 1:05 CV 01666 (ESH) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, ) ) ) ) | |
| **Respondents.** ) | |

## ORDER

The Court, having considered Petitioner's Motion for Leave to Modify Caption and Amend Petition for Writ of Habeas Corpus, hereby grants Petitioner's Motion.

IT IS HEREBY ORDERED that the caption is MODIFIED by substituting "Ziyad bin Salih bin Muhammad Al-Bahooth" for "Zeiad Saleh Al Bahooth" and "Salih Muhammad Al-Bahooth" for "Salehe Mohammed Al Bahooth," and

IT IS FUTHER ORDERED that Petitioner's proposed amended petition, attached to the motion as an exhibit, is hereby deemed FILED as of the date of this order.

DATED: _____, 2005

Entered:

_____