IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,**[1]  **Petitioners,**  v.  **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,**  **Respondents.** | No. 1:05 CV 01666 (ESH) |

### MOTION FOR PRESERVATION ORDER

Petitioner Ziyad bin Salih bin Muhammad Al-Bahooth ("Petitioner"), together with his Next Friend Salih Muhammad Al-Bahooth, as co-Petitioner, by their counsel, request this Court to order the Respondents to preserve and maintain all evidence, documents, and information regarding the Petitioner now being held in military custody at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"), as well as all evidence, documents, and information relating to any other detainees related to or involved in Petitioner's case.

As set forth more fully in the supporting Memorandum of Law accompanying this motion, six judges of this District, when faced with similar motions in Guantánamo detainee cases, have either issued preservation orders or held that the Respondents were already subject to prior preservation orders covering the same evidence. Petitioner's counsel has asked counsel for Respondents to agree to a preservation order, but this request for agreement was declined on

---

[1] Petitioners' names were previously misspelled "Zeiad Saleh Al Bahooth" and "Salehe Mohammed Al Bahooth," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have notified Respondents' counsel of the correct spelling and have filed an unopposed motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

November 8, 2005. Here, Petitioner satisfies the applicable standards for entry of a preservation order because the order is necessary for the adjudication of Petitioner's claims, and a preservation order would not impose an undue burden on Respondents. In accordance with LCvR 7(m), Counsel for Petitioner discussed this motion with counsel for Respondents, and counsel for Respondents confirmed in a letter dated November 8, 2005 that Respondents object to this motion.

For the reasons stated above, as more fully explained in the accompanying Memorandum of Law, Petitioner's Motion for Preservation Order should be granted. WHEREFORE, for the reasons discussed above, the motion should be granted. A Draft Order is attached hereto.

Dated: November _____, 2005

Respectfully submitted,

_____/s/ Daniel Mach_____
One of the Attorneys for Petitioner

| | |
|---|---|
| Thomas P. Sullivan | Daniel Mach (Admitted in D.D.C.) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 Thirteenth Street, N.W., Suite 1200 |
| Patricia A. Bronte | Washington, D.C. 20005-3823 |
| Wade A. Thomson | Tel: (202) 639-6000 |
| Maya D. Nath | Fax: (202) 639-6066 |
| JENNER & BLOCK LLP | |
| One IBM Plaza | |
| Chicago, IL 60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499