# Exhibit A

- Iraqi detainee abus[...]                                                                 Page 1

b6 -1
b7C -1

## URGENT REPORT

DATE:       JUNE 25, 2004

TO:         THE DIRECTOR

CC:         Deputy Director Bruce J. Gebhardt
            EAD Cassandra Chandler
            EAD John Pistole
            AD Grant Ashley
            AD Gary Bald
            SC Arthur Cummings

b6 -1       UC [redacted]
b7C -1      SSA [redacted]
            CT Watch
            SIOC

FROM:       SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:  ASAC David A. Picard       b2 -1
                                  [redacted] (Main Office)
                                                             b2 -1
PREPARER OF URGENT REPORT:   SSA [redacted]                  b6 -1
                                                             b7C -1

PURPOSE:  THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b7A -1    AN INDIVIDUAL [redacted]
b6 -3     [redacted] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3    IN [redacted] IRAQ DURING THE PERIOD OF [redacted] IT IS BEING
b7D -1    FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
          PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
          TO THE DIRECTOR.

b7A -1    SUBJECT:  PRELIMINARY STATEMENTS MADE BY [redacted]
b6 -1,3   [redacted] TO SACRAMENTO SPECIAL AGENTS [redacted]
b7C -1,3  AND [redacted]
b7D -1

          DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

          [redacted] was advised that the Sacramento Field Office
          was not aware of any such report.

DETAINEES-1609

1609
4910

| Iraqi detainee abuses | | Page 2 |

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

[redacted] came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3,4
b7C -3,4
b7D -1

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations.

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

Page 3

b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [redacted] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

DETAINEES-1611

/611

4912