IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,[1] | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) No. 1:05 CV 01666 (ESH) ) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) ) |
| Respondents. | ) |

**MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE THE COURT AND COUNSEL FOR PETITIONER WITH 30 DAYS' ADVANCE NOTICE OF ANY REMOVAL OF PETITIONER FROM GUANTÁNAMO**

Petitioner Ziyad bin Salih bin Muhammad Al-Bahooth ("Petitioner"), together with his Next Friend Salih Muhammad Al-Bahooth, by their counsel, respectfully move for an order requiring Respondents to provide the Court and counsel for Petitioner with advance notice of any removal of Petitioner from Guantánamo Bay Naval Base in Cuba, pursuant to the All Writs Act, 28 U.S.C. § 1651, Rule 65 of the Federal Rules of Civil Procedure, and the Court's inherent authority to impose reasonable conditions on a stay of proceedings. This same relief has been granted by six judges of this District in 25 similar cases, including Your Honor in two cases. In support of this motion, Petitioner submits the accompanying memorandum of law and states as follows:

---

[1] Petitioners' names were previously misspelled "Zeiad Saleh Al Bahooth" and "Salehe Mohammed Al Bahooth," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have notified Respondents' counsel of the correct spelling and have filed an unopposed motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

1. Petitioner is a Saudi citizen who, on information and belief, has been held unlawfully and virtually incommunicado in Respondents' custody and control for approximately four years.

2. If Petitioner were transferred from Guantánamo to a foreign country, Petitioner could be detained indefinitely or tortured. In addition, such a transfer could deprive this Court of jurisdiction over Petitioner's *habeas* claims.

3. Petitioner requests substantially the same relief already granted by Your Honor in two cases and by five other judges in 23 similar cases in this District: an order directing Respondents to provide the Court and Petitioner's counsel with advance notice of any removal of Petitioner from Guantánamo to a foreign country. This notice would permit counsel to contest such removal and act to preserve the status quo between the parties pending a final adjudication on the merits.

4. Respondents have moved to stay these proceedings pending the decision of the United States Court of Appeals for the District of Columbia Circuit in *In re Guantánamo Bay Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005), and *Khalid v. Bush, Boumediene v. Bush*, 355 F. Supp. 2d 311 (D.D.C. 2005). As a condition of granting Respondents' motion to stay these proceedings, Respondents should be required to give the Court and counsel advance notice before transferring Petitioner to a foreign country.

5. In accordance with LCvR 7(m), Petitioner's counsel conferred with Respondents' counsel, both orally and in writing, regarding this motion. Respondents' counsel declined to agree to the relief requested in the motion. In addition, Petitioner's counsel asked Respondents' counsel whether Respondents intended to transfer Petitioner to a foreign country. Respondents'

counsel declined to answer this question. (*See* Exhibit M to accompanying memorandum of law.)

For these reasons, as more fully explained in the accompanying memorandum of law, the Court should condition the stay requested by Respondents on requiring 30 days' notice to the Court and counsel of any removal or transfer of Petitioner from Guantánamo.

Respectfully submitted,

| | |
|---|---|
| ___/s/Daniel Mach_____ | Dated: November 18, 2005 |
| One of the Attorneys for Petitioner | |
| | |
| Thomas P. Sullivan | Daniel Mach (Admitted in D.D.C.) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 Thirteenth Street, N.W., Suite 1200 |
| Patricia A. Bronte | Washington, D.C. 20005-3823 |
| Wade A. Thomson | Tel: (202) 639-6000 |
| Maya D. Nath | Fax: (202) 639-6066 |
| JENNER & BLOCK LLP | |
| One IBM Plaza | |
| Chicago, IL 60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Motion for Order Requiring Respondents to Provide the Court and Counsel for Petitioner with 30 Days' Advance Notice of Any Removal of Petitioner from Guantánamo, the supporting memorandum of law, and the Draft Orders Requiring Advance Notice of Transfer were served upon the following person by e-mail on the 18th day of November, 2005, and by First Class U.S. Mail on the 19th day of November, 2005:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

_____/s/ Daniel Mach_____
Daniel Mach