IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | No. 1:05 CV 01666 (ESH) |

## [DRAFT] ORDER REQUIRING ADVANCE NOTICE OF TRANSFER

Having considered Petitioner's Motion for Order Requiring Respondents to Provide the Court and Counsel for Petitioner with 30 Days' Advance Notice of any Removal of Petitioner from Guantánamo (the "Motion") and any response and reply thereto, the Court hereby finds that:

1.  Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), this Court has the inherent power to issue injunctions to preserve its jurisdiction.

2.  Because Respondents have repeatedly asserted that the transfer of detainees to other countries deprives the court of jurisdiction, there is a strong likelihood that Respondents would attempt to circumvent the Court's jurisdiction in the event of the transfer of Petitioner to Saudi Arabia or another country.

3.  Petitioner faces substantial threats of irreparable harm in (a) the possibility of transfer to Saudi Arabia or another country where he might be tortured or indefinitely confined,

and (b) the potential elimination of Petitioner's *habeas corpus* claims in the event that such transfer might deprive this Court of jurisdiction over those claims.

4. Respondents will suffer no harm by being ordered to provide the Court and Petitioner's counsel with advance notice of the transfer of Petitioner to a foreign country.

5. Petitioner is likely to succeed on the merits of his claim that he should not be transferred without advance notice to and approval by the Court.

6. There is a clear public interest in preventing Respondents from transferring individuals to foreign countries, such as Saudi Arabia, where they may be subject to indefinite detention and torture.

7. Requiring Respondents to provide advance notice of any intent to transfer Petitioner is a reasonable condition to granting Respondents' request for a stay of proceedings.

WHEREFORE, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual of implicit knowledge of this Order by personal service or otherwise, shall give the Court and Petitioner's counsel 30 days' advance written notice of any transfer or removal of Petitioner from United States custody at Guantánamo Bay Naval Base; and it is further

ORDERED that this Order shall remain in effect until the final resolution of Petitioner's *habeas* claim unless otherwise modified or dissolved.

Dated:_____, 2005

                                                                                _____
                                                                                United States District Judge