IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH, )))) | |
| Petitioners, ) | |
| v. ) | No. 1:05 CV 01666 (ESH) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, )))) | |
| Respondents. ) | |

## [DRAFT] ORDER REQUIRING ADVANCE NOTICE OF TRANSFER

Having considered Petitioner's Motion for Order Requiring Respondents to Provide the Court and Counsel for Petitioner with 30 Days' Advance Notice of any Removal of Petitioner from Guantánamo (the "Motion") and any response and reply thereto, the Court hereby

ORDERS that the Motion is GRANTED, and it is further

ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual of implicit knowledge of this Order by personal service or otherwise, shall give the Court and Petitioner's counsel 30 days' advance written notice of any transfer or removal of Petitioner from United States custody at Guantánamo Bay Naval Base; and it is further

ORDERED that this Order shall remain in effect until the final resolution of Petitioner's *habeas* claim unless otherwise modified or dissolved.

CHICAGO_1339389_1

2

Dated:_____, 2005

                                                                                                         _____
United States District Judge

2