# Exhibit K




# THE TORTURE QUESTION

| Home | Watch online | Faqs | Paper trail | Interviews | Discussion |

## What Do We Know About the Guantanamo Detainees?

More than 750 prisoners have been sent to Guantanamo since 2002. Bush administration officials have repeatedly referred to these Al Qaeda and Taliban "unlawful combatants" as "the worst of the worst." Nearly 250 detainees have been released; according to the Pentagon, at least 10 of them rejoined the fight. How dangerous are these unlawful combatants? And what do we know about the intelligence they're providing? Here are the views of Lt. Col. Thomas Berg, who served as a military lawyer at Guatanamo until August 2002; Brig. Gen. Rick Baccus and Sgt. Maj. John Van Natta, who supervised detentions at Guantanamo from March 2002 to October 2002 and October 2002 to September 2003 respectively; Mark Jacobson, who worked for the Defense Department's Prisoner Policy Team; *Washington Post* reporter Dana Priest; and Michael Scheuer, who headed the CIA's Osama bin Laden desk from 1996 to 1999.



JAG, U.S. Army Reserve

### Lt. Col. Thomas Berg

I can understand why a lot of people were scraped up from the battlefield and brought to Gitmo, because we didn't know what we had, but we didn't have any real mechanisms to sort them out.

Read the full interview »

And I think once we started sorting them out, we'd already stated publicly that we had "the worst of the worst." And it was a little hard to go against that and say, well, maybe some of them aren't quite the worst of the worst, and some of them are just the slowest guys off the battlefield.

So we had a bunch of people there that had little or no intelligence value. We lost sight of the fact that we intervened in what was then an ongoing civil war and that many of the Taliban who were fighting the Northern Alliance, while they certainly stood for things we don't stand for, were not necessarily opposed to us either. And they got caught up in that, too. I distinguish them from the hard-line Al Qaeda or the Taliban sympathizers who harbored the Al Qaeda, but they were all there in that big pot. They got brought over.

Then we also had a decision-making process for releasing these people, which was just byzantine and cumbersome. There must have been 16 or 17 different organizations which had to say "yea" before someone could be released. And no one wanted to be the one who said "yea" in case that person did turn out to be an Al Qaeda and he went and did something atrocious once you let him go. So

they were very risk-averse, and it was just easier to keep them there.
But we're stuck years later with a goodly number of them still there.
It was not well-planned, I guess would be a fair criticism.