IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | ) ) ) ) ) ) ) ) No. 1:05 CV 01666 (ESH) ) ) ) ) ) ) |

**PETITIONER'S REPLY IN SUPPORT
OF MOTION FOR AN ORDER TO SHOW CAUSE**

Petitioner Ziyad bin Salih bin Muhammad Al-Bahooth ("Petitioner") respectfully seeks an order requiring Respondents to file and serve a factual return within 30 days or on a date certain within a reasonable time after the order's entry. As set forth in Petitioner's motion and memorandum in support, nine Judges of this District, including this Court, have already ordered the same relief in 27 cases involving Guantánamo detainees. See Petr. Br. at 1-2; *Ahmed v. Bush*, No. 05-1678 (GK) (Dec. 7, 2005).

Respondents have filed a motion to stay this case pending the resolution of certain legal issues by the Court of Appeals for the District of Columbia. Petitioner has already indicated that he is amenable to this stay, and seeks only to preserve the status quo and to obtain the factual return that Respondents should already have provided to Petitioner's counsel. In *Mamet v. Bush,* No. 05-1602 (Sept. 30, 2005); *Ameziane v. Bush*, No. 05-0392, 2005 U.S. Dist. LEXIS 6560, at *5 (D.D.C. Apr. 12, 2005); and *M.C. v. Bush*, No. 05-0430 (Apr. 13, 2005), this Court granted Respondents a stay but ordered Respondents to provide factual returns. In those cases,

Respondents put forth the same arguments against factual returns that they re-assert now.[1] Because this Court correctly rejected Respondents' arguments then, Petitioner will not burden the Court by re-hashing them again now, but will briefly address Respondents' renewed arguments.

First, Respondents renew their argument that a factual return during a stay is wasteful because it may ultimately be unnecessary. Resp. Br. at 6. But this Court has already rejected this argument. In *Mamet*, *Ameziane*, and *M.C.*, this Court granted respondents a stay but held, "to ensure that the proceedings can continue in an orderly fashion in the event the detainees prevail on appeal, respondents are ordered to provide factual returns." Moreover, in discussing judicial efficiency, Respondents ignore Petitioner's situation and Petitioner's rights. Petitioner has been held virtually incommunicado for approximately four years, and has yet to meet with his counsel. Such a long period of isolation itself presents a formidable obstacle to establishing a rapport with counsel. Additional delays and obstacles would worsen an already bad situation. As Judge Kennedy held in *Al-Mohammed v. Bush*, No. 05-00247 (Apr. 30, 2005), counsel for petitioners "must have access to [factual returns] in order to develop a meaningful understanding" of the basic facts and to "prepare for consultation with their clients."

Second, Respondents renew their argument that a factual return during a stay is burdensome and that they should have 90 to 120 days to produce factual returns in this case. In *Mamet*, *Ameziane*, and *M.C.*, this Court gave Respondents 90 days to produce factual returns. Petitioner respectfully requests that this Court give Respondents 30 days to produce the factual

---

[1] For example, compare Respondents' arguments that providing factual returns during a stay is unnecessary and burdensome in their opposition brief in this matter at pp. 6-7, with Respondents' argument on the same issues in their Motion to Stay Proceedings in *Mamet* at pp. 10-12, filed on September 19, 2005, and their Motion to Stay Proceedings in, among others, *Ameziane* and *M.C.* at pp. 11-12, filed on March 11, 2005.

return in this case. Judge Richard Roberts granted Respondents' motions for stay but ordered factual returns within 30 days after entry of the relevant protective orders in *Ahmed v. Bush*, No. 05-665, 2005 U.S. Dist. LEXIS 14024, at *5 (D.D.C. July 8, 2005), *Adem v. Bush*, No. 05-723 (June 6, 2005), *Al Daini v. Bush*, No. 05-634 (June 6, 2005), *El-Banna v. Bush*, No. 05-1144 (Apr. 8, 2005), *Abdullah v. Bush*, No. 05-23 (Apr. 8, 2005), and *Al Rashaidan v. Bush*, No. 05-586 (Apr. 8, 2005). Despite having only 30 days to comply in those cases, Respondents were able to provide factual returns. Indeed, in *Abdullah,* Respondents submitted factual returns within a week of the order.

As discussed in Petitioner's opening memorandum, Respondents have had years to evaluate Petitioner's "enemy combatant" status, have already concluded the status hearings, have had numerous occasions to interrogate Petitioner, and are well aware of the factual bases that allegedly support his continued imprisonment. Petr. Br. at 5-6. Moreover, considering that Petitioner's habeas claims were filed on August 22, 2005, and Petitioner's counsel originally broached the subject of Respondents' providing a factual return as a condition to the stay on November 8, 2005, Respondents already had ample time to prepare the factual return. The additional 90 to 120 days that Respondents request is not reasonable.

## CONCLUSION

For the reasons underlying this Court's prior decisions in *Mamet*, *Ameziane*, and *M.C.*, and for the reasons set forth above and in Petitioner's Motion and Memorandum in Support, Petitioner Ziyad bin Salih bin Muhammad Al-Bahooth respectfully requests that this Court issue an order to show cause, returnable by Respondents within 30 days or on a date certain within a reasonable time after issuance of the order.

Respectfully submitted,

| | |
|---|---|
| ___/s/ Daniel Mach_____ | Dated: December 9, 2005 |
| One of the Attorneys for Petitioner | |

| | |
|---|---|
| Thomas P. Sullivan | Daniel Mach (Admitted in D.D.C.) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 Thirteenth Street, N.W., Suite 1200 |
| Patricia A. Bronte | Washington, D.C.  20005-3823 |
| Wade A. Thomson | Tel: (202) 639-6000 |
| Maya D. Nath | Fax: (202) 639-6066 |
| JENNER & BLOCK LLP | |
| One IBM Plaza | |
| Chicago, IL  60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of Petitioner's Reply in Support of Motion for an Order to Show Cause was served upon the following person by e-mail and First Class U.S. Mail on the 9th day of December, 2005:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

                              _____/s/ Daniel Mach_____
                                    Daniel Mach