# Exhibit A

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, November 18, 2005 3:26 PM
To: Colman, Jeffrey D; Preeya.Noronha@usdoj.gov; Bronte, Patricia A
Subject: RE: Al-Bahooth, Al-Siba'i, Al-Uwaidah, Al-Jutaili

Jeff & Pat,

We do not believe preservation orders are needed in the GTMO habeas cases, including your cases, for reasons we've articulated in opposing motions for preservation orders in prior cases. For those same reasons, we are not in a position to consent to entry of preservation orders in your cases.

Similarly, consistent with our position throughout GTMO habeas litigation, we cannot agree to entry of Judge Walton's order in the Almurbati case regarding notice of transfer. In more recent cases, Judge Walton has denied such notice of transfer motions outright.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: JColman@jenner.com [mailto:JColman@jenner.com]
Sent: Friday, November 18, 2005 2:47 PM
To: Warden, Andrew (CIV); Noronha, Preeya (CIV)
Subject: RE: Al-Bahooth, Al-Siba'i, Al-Uwaidah, Al-Jutaili

Dear Preeya and Andrew:

I have one request in addition to Pat's:

Al-Siba'i is pending before Judge Walton. We know that in other cases Judge Walton has denied requests for 30 days notice to counsel and the Court of any intent to remove petitioners from Guantanamo. See Almurbati, 366 F. Supp 2d 72 (April 14, 2005).

In denying the motions, however, Judge Walton ordered that the respondents "submit a declaration to the Court advising it of any transfers and certifying that any such transfers were not made for the purpose of merely continuing the petitioners' detention on behalf of the United States or for the purpose of extinguishing this Court's jurisdiction over the petitioners' actions for habeas corpus relief for a reason unrelated to the decision that the petitioners' detention is no longer warranted by the United States."

Will you agree that Judge Walton may enter a similar order in Al-Siba'i?
Please let us know today. Thanks for your consideration of this request.

Jeff Colman

---

From: Bronte, Patricia A
Sent: Friday, November 18, 2005 10:29 AM
To: Preeya.Noronha@usdoj.gov; Andrew Warden (andrew.warden@usdoj.gov)
Cc: Colman, Jeffrey D
Subject: Al-Bahooth, Al-Siba'i, Al-Uwaidah, Al-Jutaili


Preeya and Andrew, we are planning to file our limited objections to your stay motions in the above cases today. I had spoken with Andrew Warden about the issue of the preservation orders that have been entered in other cases, and I understand that your clients will not agree that the preservation obligations previously recognized in other detainee cases would apply to the above 4 cases. I just wanted to make sure that I correctly understood you, because a number of judges have held that the government is already under the obligation to preserve documents relevant to all detainee cases and therefore any motion to that effect would be moot. We are not asking that you produce any discovery to us at this time, except for the factual return. We simply want assurance that the relevant documents, etc. are being preserved. And we would prefer not having to ask for relief that is deemed moot. Could you please confirm your position on this issue?

Thank you,
Pat

---

Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8357
Fax (312) 840-7757
PBronte@jenner.com
www.jenner.com <http://www.jenner.com/> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---
---

Jeffrey D. Colman
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-2940
Fax (312) 840-7340
JColman@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.