IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01666 (ESH) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Jeffrey D. Colman and Patricia A. Bronte in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

\_\_\_/s/ Daniel Mach_____
One of the Attorneys for Petitioner

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
Wade A. Thomson
Maya D. Nath
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Dated:  December 29, 2005

Daniel Mach (Admitted in D.D.C.)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

CHICAGO_1353015_1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Jeffrey D. Colman and Patricia A. Bronte were served upon the following person by e-mail on the 29th day of December, 2005:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

           _____/s/ Daniel Mach_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01666 (ESH) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Ziyad Bin Salih Bin Muhammad Al-Bahooth, by and through his next friend, Salih Muhammad Al-Bahooth v. George W. Bush, No. 1:05 CV 01666 (ESH).

(2)  I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)  I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Ziyad Bin Salih Bin Muhammad Al-Bahooth, by and through his next friend, Salih Muhammad Al-Bahooth v. George W. Bush, No. 1:05 CV 01666 (ESH), and I agree to comply with the provisions thereof.

_____  12/29/05
                                  Date

_____  12/29/05
Patricia A. Bronte                Date

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01666 (ESH) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ziyad Bin Salih Bin Muhammad Al-Bahooth, by and through his next friend, Salih Muhammad Al-Bahooth v. George W. Bush, No. 1:05 CV 01666 (ESH), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/29/05    BY: Jeffrey D. Colman
                       (type or print name)

                   SIGNED: [signature]

CHICAGO_1352834_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01666 (ESH) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ziyad Bin Salih Bin Muhammad Al-Bahooth, by and through his next friend, Salih Muhammad Al-Bahooth v. George W. Bush, No. 1:05 CV 01666 (ESH), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/29/05     BY: __Patricia A. Bronte__
                         (type or print name)

                    SIGNED: _Patricia A. Bronte_