IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 1:05 CV 01666 (ESH) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 1:05 CV 01667 (RBW) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 1:05 CV 01668 (GK) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) | |
| Respondents. | ) | |

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, President of the United States,** )<br>et al., )<br>)<br>Respondents. )<br>)<br>)<br>) | No.  05 CV 01669 (TFH) |

## ATTORNEY APPEARANCE

Undersigned counsel, David W. DeBruin, hereby enters his appearance as one of the counsel for Petitioners in the above-captioned cases.

Respectfully submitted,

| | |
|---|---|
| ___/s/ David W. DeBruin_____<br>One of the Attorneys for Petitioner | Dated:  January 24, 2006 |
| Thomas P. Sullivan<br>Jeffrey D. Colman<br>David J. Bradford<br>Patricia A. Bronte<br>Wade A. Thomson<br>Maya D. Nath<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL  60611<br>Tel: (312) 923-9350<br>Fax: (312) 527-0484 | David W. DeBruin (DDC Bar No. 337626)<br>Daniel Mach<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C.  20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Attorney Appearance of David W. DeBruin was served upon the following person by e-mail and ECF on the 24th day of January, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

>>>>>____/s/ David W. DeBruin_____