IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1666 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

## **(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Production of Factual Return, it is hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents' obligation to produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act of 2005 on this case.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    United States District Judge