## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZEIAD SALEH AL BAHOOTH, et al.,

       Petitioners,

v.

GEORGE W. BUSH, et al.,

       Respondents.

Civil Action No. 05-1666 (ESH)

### NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order filed December 20, 2005, (dkt. no. 20) that grants petitioners' motion for preliminary injunction and prohibits certain transfer of petitioner Al Bahooth from Guantanamo Bay, Cuba, unless thirty days advance notice is provided.

Dated: February 21, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

_Marc A. Perez_
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ (WA Bar No. 33907)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2006, I caused the foregoing Notice of

Appeal to be served via electronic mail on counsel for petitioners in this case as follows:


David J. Bradford
Jeffrey D. Colman
Patricia A. Bronte
Thomas P. Sullivan
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
djbradford@jenner.com
jcolman@jenner.com
pbronte@jenner.com
tsullivan@jenner.com

Daniel Mach
David W. DeBruin
JENNER & BLOCK LLP
601 13th Street NW
Washington, D.C. 20005
dmach@jenner.com
ddebruin@jenner.com


*Marc A. Perez*

MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents