# Exhibit C



**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

| | |
|---|---|
| Andrew Warden | Tel: (202) 616-5084 |
| Trial Attorney | Fax: (202) 616-8470 |
| | Email: andrew.warden@usdoj.gov |

June 29, 2006

VIA E-MAIL – pbronte@jenner.com

Patricia A. Bronte
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Re:    Said v. Bush, Civ. A. No. 05-2384 (RWR)

Dear Pat:

      I am writing in response to your letter of June 28, 2006. With respect to your questions regarding confiscation of legal mail, we have received similar questions from other habeas counsel and we expect to be communicating with petitioners' counsel about the matter in the next few days.

      As for the materials that were seized during your visit to the base in June, we previously informed Jeff Colman by e-mail dated June 9, 2006 that Guantanamo is "not reviewing the material at issue, but has sealed it up without reading it and is forwarding it to the CSOs for safe-keeping for now, pending further discussion or other resolution of the matter." It is our understanding that the materials are currently in transit from Guantanamo to the Court Security Office.

      Finally, petitioners Al Jaabri (ISN 182) and Al Qahtani (ISN 200) were not entitled to legal mail privileges under the counsel access procedures in light of the government's next-friend standing challenge prior to the court's ruling on counsel access. As you know, Judge Kay did not issue a decision on this issue until May 23, 2006. Consequently, any attempt to send petitioners legal mail via the counsel access procedures before this date was prohibited. It is our understanding that Guantanamo received letters from your law firm addressed to petitioners Al Jaabri and Al Qahtani on May 17, but the letters were returned to the Court Security Office because petitioners Al Jaabri and Al Qahtani were not entitled to receive legal mail at that time. As for your complaints regarding delivery of non-legal mail, we have passed along your concerns to Guantanamo, but we dispute the suggestion in your letter that international law or other principles somehow impose requirements for the delivery of non-legal mail in the habeas context.

Sincerely,

Andrew I. Warden

CC:   Thomas P. Sullivan
       Jeffrey D. Colman
       David J. Bradford
       Preeya M. Noronha

2