# EXHIBIT F

## DECLARATION OF MAYA D. NATH

I, Maya D. Nath, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and an associate in the Chicago office of Jenner & Block LLP. I am one of the attorneys for Petitioner Ziyad bin Salih bin Muhammad Al-Bahooth in Case No. 1:05 CV 1666 (ESH) (AK). I am submitting this declaration in support of Petitioner's Response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials.

2. We provided our client with notepads of paper so that he would be able to send us correspondence relating to his case.

3. The paper contained in these notepads bore no designation or stamp, such as "attorney-client" privilege.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

_____
Maya D. Nath

Dated: July 20, 2006