IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1666 (ESH) |

**<u>RESPONDENTS' RESPONSE TO THE COURT'S AUGUST 10, 2006 MINUTE ORDER</u>**

Respondents hereby respond to the Court's August 10, 2006 Minute Order, requiring respondents to "provide a factual return to petitioner's counsel and the Court within 60 days of this Order." Pursuant to the Court's December 20, 2005 Order (dkt. no. 20), on March 20, 2006, respondents submitted to the Court and made available to counsel for petitioners a factual return to petitioner's petition for writ of habeas corpus. <u>See</u> Respondents' Factual Return to Petition for Writ of Habeas Corpus by Petitioner Ziyad Bin Salih Bin Muhammad Al-Bahooth and Notice of Submission Under Seal (dkt. no. 30). Respondents respectfully refer the Court and counsel to this prior submission in response to the Court's August 10, 2006 Minute Order.

Dated: October 10, 2006               Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      DOUGLAS N. LETTER
                                      Terrorism Litigation Counsel

/s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents