# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SALIM SAID,** *et al.*, | ) | |
| *Petitioners*, | ) | |
| *v.* | ) | Civil Action No. 05-CV-2384 (RWR) |
| **GEORGE W. BUSH, et al.**, | ) | |
| *Respondents.* | ) | |
| **ZIYAD BIN SALIH BIN MUHAMMAD AL BAHOOTH,** | ) | |
| *Petitioner*, | ) | |
| *v.* | ) | Civil Action No. 05-CV-1666 (ESH) |
| **GEORGE W. BUSH, et al.**, | ) | |
| *Respondents.* | ) | |

**NOTICE OF FILING OF PETITIONERS' OPPOSITION TO MOTION TO DISMISS**

Petitioners Saad Al Qahtani, Mohammed Zahrani, and Ziyad Al Bahooth, by their undersigned attorneys, hereby give notice that on May 3, 2007, counsel hand delivered to the Court Security Officer Petitioners' Opposition to Motion to Dismiss. Pursuant to the terms of the Protective Order, these documents will be filed after review by the CSO.

1532686

Dated: May 3, 2007

                                        Respectfully Submitted,

                                        JENNER & BLOCK LLP

                                        By:  /s/ David W. DeBruin_____
                                            Patricia A. Bronte
                                            Maya D. Nath
                                            Elton Y. Wong
                                            330 North Wabash Avenue
                                            Chicago, Illinois 60611
                                            Tel: (312) 222-9350
                                            Fax: (312) 527-0484

                                        David W. DeBruin
                                        (DDC Bar No. 337626)
                                        JENNER & BLOCK LLP
                                        601 Thirteenth Street, N.W.
                                        Suite 1200
                                        Washington, D.C. 20005-3823
                                        Tel: (202) 639-6000
                                        Fax: (202) 639-6066

                                        *Of Counsel*
                                        Gitanjali S. Gutierrez (GG1234)
                                        666 Broadway, 7th Floor
                                        New York, NY 10012
                                        Tel: (212) 614-6464
                                        Fax: (212) 614-6499

                                        *Attorneys for Petitioners Saad*
                                        *Al Qahtani, Mohammed Zahrani,*
                                        *and Ziyad Al Bahooth*

1532686