APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SALIM SAID, et al.**, | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2384 (RWR) |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |
| **ZIYAD BIN SALIH BIN MUHAMMAD AL BAHOOTH,** | ) ) ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1666 (ESH) |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents.* | ) | |

**NOTICE OF SUPREME COURT REQUEST IN *BOUMEDIENE V. BUSH*,
D.C. CIRCUIT ORDER IN *AL GINCO V. BUSH*, AND FOURTH CIRCUIT
DECISION IN *AL-MARRI V. WRIGHT***

Petitioners respectfully inform the Court of recent events in three cases involving the Military Commissions Act of 2006: *al Ginco v. Bush*, No. 06-5191 (D.C. Cir.), *Boumediene v. Bush*, No. 06-1195 (Supreme Court), and *al-Marri v. Wright*, No. 06-7429 (4th Cir.), and request that this Court (i) grant Petitioners' motion to stay and abey, or (ii) refrain from taking any action on Respondents' motion to dismiss until *Boumediene* and *al-Marri* have been resolved.

First, in its *Al Ginco* order on June 7, 2007, the D.C. Circuit denied both the Government's motion to dismiss the petitioners' habeas corpus actions and the Government's motion to vacate this Court's orders requiring the Government to provide

the petitioners' counsel with advance notice of any intended removal of the petitioners from Guantánamo. *Al Ginco v. Bush*, No. 06-5191, Order (D.C. Cir. June 7, 2007). The Court stated:

> The district court may consider in the first instance respondents' motion to dismiss and petitioners' motions to stay and hold in abeyance, which are currently pending before the district court in the actions underlying these consolidated appeals.

The D.C. Circuit's order makes clear that this Court retains jurisdiction over the present case. Therefore, this Court need not dismiss this case and should instead grant Petitioners' stay and abey motion.

In the event that this Court decides not to grant Petitioners' stay and abey motion, this Court should refrain from taking any action on Respondents' motion to dismiss based on activity in two cases. First, relying on the Supreme Court's denial of certiorari in *Boumediene*, Respondents filed a motion to dismiss this action. Based on the concurring and dissenting opinions to the Supreme Court's denial of certiorari, Petitioners opposed the motion and requested that this Court stay and abey their *habeas* actions. However, on June 4, 2007, the Supreme Court invited the Respondents in *Boumediene* to file a response to the petitions for rehearing within 30 days. *Boumediene v. Bush*, No. 06-1195, Docket Sheet (June 4, 2007). The Respondents filed their response on June 19, 2007. The Supreme Court has not yet ruled on the petitions for rehearing.

Second, on June 11, 2007, the U.S. Court of Appeals for the Fourth Circuit issued its decision in *al-Marri v. Wright*, No. 06-7429 (4th Cir. June 11, 2007). In a decision construing the Military Commissions Act, the Fourth Circuit held that "enemy combatant" status must be based on "affiliation with the military arm of an enemy nation" and that civilians "may not be subjected to military control and deprived of

2

constitutional rights." *Id*. at 46-47.  The Government has stated its intent to file a petition for rehearing *en banc* in *al-Marri*.  Regardless of whether the petition is granted, *al Marri* is more than likely to be appealed to the U.S. Supreme Court.

Because these cases are relevant to Petitioners' rights and to the grounds on which Respondents seek dismissal, Petitioners urge this Court not to take any action on Respondents' motion prior to the Supreme Court's disposition of the *Boumediene* petitions for rehearing and a final decision in *al-Marri*.

Date:   June 22, 2007

Respectfully submitted,


/s/ David W. DeBruin_____
One of the Attorneys for the Petitioners

| | |
|---|---|
| Patricia A. Bronte | David W. DeBruin (DDC Bar No. |
| Maya D. Nath | 337626) |
| Sapna G. Lalmalani | JENNER & BLOCK LLP |
| JENNER & BLOCK LLP | 601 Thirteenth Street, N.W., Suite 1200 |
| 330 North Wabash Ave. | Washington, D.C.  20005-3823 |
| Chicago, IL  60611 | Tel: (202) 639-6000 |
| Tel: (312) 222-9350 | Fax: (202) 639-6066 |
| Fax: (312) 527-0484 | |

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I filed and served the foregoing Notice of Supreme Court Request in *Boumediene v. Bush*, D.C. Circuit Order in *al Ginco v. Bush*, and Fourth Circuit Decision in *al-Marri v. Wright* by electronic filing in the U.S. District Court for the District of Columbia, with the original to be forwarded to the Court and one copy to be forwarded to the following counsel of record:

Peter D. Keisler, Assistant Attorney General
Douglas N. Letter, Terrorism Litigation Counsel
Civil Division, Room 7268
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Terry Marcus Henry
Andrew I. Warden
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

                                                          /s/ David W. DeBruin
                                                          David W. DeBruin